IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Thomas A. Sirmans,

        Plaintiff(s),

    vs.

Fifth Third Bank,

        Defendant(s).

Case Number: 1:16cv899

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 4, 2017 (Doc. 27), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 18, 2017 hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motion to dismiss (Doc. 9) is GRANTED. Defendants Teresa Tanner, Kris Sammons, Darrin Morgan, Meaghan Ruehl, Paul Johnson, Kevin Graves, Marc Starks, Joe Perry, Patricia Stewart, and Andrea Lindemann are DISMISSED from this action.

IT IS SO ORDERED.

                                                                          s/Susan J. Dlott
                                                                          Judge Susan J. Dlott
                                                                          United States District Court